UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD HOLTZ,

            Plaintiff,

    v.

NURSE JANE DOE TERRY et al.,

            Defendant.

CASE NO. C12-5110 RBL-JRC

ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

      The District Court has referred this action to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Plaintiff objects to the Court considering this action as a civil rights action and argues that this is a declaratory judgment action brought pursuant to 28 U.S.C. § 2201(ECF No. 9). The Court entered an order to show cause (ECF No. 17). Plaintiff now asks for appointment of counsel (ECF No. 15).

      There is no right to appointment of counsel in civil cases. The Court may appoint counsel only in exceptional circumstances. <u>Wilborn v. Escalderon</u>, 789 F.2d 1328, 1331 (9th Cir. 1986); <u>Franklin v. Murphy</u>, 745 F.2d 1221, 1236 (9th Cir. 1984); <u>Aldabe v. Aldabe</u>, 616 F.2d 1089 (9th

1 Cir. 1980). A finding of exceptional circumstances requires an evaluation of both the likelihood
2 of success on the merits and the ability of plaintiff to articulate his claims pro se in light of the
3 complexity of the legal issues involved. <u>Wilborn</u>, 789 F.2d at 1331.
4     Plaintiff's pleadings are clear and concise. Plaintiff's pleadings contain proper citations to
5 authority. This does not mean that plaintiff's claims are necessarily well founded, but he seems
6 capable of clearly articulating them.   The motion is DENIED.
7     Dated this 27th day of April, 2012.

        J. Richard Creatura
        United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION FOR
APPOINTMENT OF COUNSEL - 2