UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD HOLTZ,<br><br>    Plaintiff,<br><br> v.<br><br>JANE DOE TERRY et al.,<br><br>    Defendants. | CASE NO. C12-05110 RBL-JRC<br><br>ORDER |

  The District Court has referred this action to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Plaintiff has responded to the Court's order to show cause. Plaintiff does not object to this action being considered as a civil rights action filed pursuant to 42 U.S.C. §1983 (ECF No. 19). Defendants may re-note their motion to dismiss, (ECF No. 14), or take other action on or before June 22, 2012.

  Dated this 18th day of May, 2012.

                /s/ J. Richard Creatura
                J. Richard Creatura
                United States Magistrate Judge

ORDER - 1