UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD HOLTZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JANE DOE TERRY et al.,<br><br>　　　　　Defendants. | CASE NO. C12-05110 RBL-JRC<br><br>ORDER |

The District Court has referred this action to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Plaintiff has responded to the Court's order to show cause. Plaintiff does not object to this action being considered as a civil rights action filed pursuant to 42 U.S.C. §1983 (ECF No. 19). Defendants may re-note their motion to dismiss, (ECF No. 14), or take other action on or before June 22, 2012.

Dated this 18th day of May, 2012.

　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1