UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD HOLTZ,

                 Plaintiff,

   v.

JANE DOE TERRY et al.

                 Defendants.

CASE NO. C12-5110 RBL-JRC

ORDER RE MOTIONS

      This 42 U.S.C. §1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4.

      Plaintiff's response to a motion to strike and a motion for an extension of time, (ECF No. 37), is still on the Court's calendar. The Court issued an order on September 28, 2012 that addressed these motions (ECF No. 35). Plaintiff's motion for an extension of time was granted, in part, because the Court delayed consideration of a dispositive motion until proper warnings were issued. Plaintiff was given until November 16, 2012 to file additional briefing. *See* (ECF No. 35). The Court orders that plaintiff's motion, (ECF No. 37), be removed from the calendar.

1 | Plaintiff has also filed another motion for an extension of time (ECF No. 43). Plaintiff
2 | asks for additional time to respond to defendants' briefing. Defendants' original dispositive
3 | motion was filed in July of 2012. (ECF No. 28). Plaintiff has not shown good cause for further
4 | delay. Plaintiff's motion for an extension of time, (ECF No. 43), is DENIED.
5 | Dated this 23rd day of November, 2012.

J. Richard Creatura
United States Magistrate Judge