UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD HOLTZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TERRY, et al..<br><br>　　　　　　Defendant. | CASE NO. C12-5110 RBL-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)　　The Court adopts the Report and Recommendation;

(2)　　Defendants' motion for summary judgment is GRANTED. Plaintiff's motion for summary judgment is DENIED. The Court dismisses this action with prejudice.

(3)　　In forma pauperis status is revoked for purpose of appeal.

DATED this 18th day of March, 2013.

　　　　　　　　　　　　　　　　　　／s／ Ronald B. Leighton
　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1